```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.                              Case No: 2:20-cv-287-FtM-29NPM

SO BE IT 440 LLC and BB&T INSURANCE CENTER,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Notice of Dismissal With Prejudice (Doc. #17) filed on October 12, 2020. No answer or motion for summary judgment has been filed by defendants; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __13th__ day of October, 2020.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record